UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IAN D. BROWNE-COLLINS,

                                          Plaintiff,

            -against-                                    7:25-CV-10848 (JGLC)

TD BANK USA, N.A.; EXPERIAN                              ORDER OF SERVICE
INFORMATION SOLUTIONS, INC.;
TRANSUNION LLC,

                                          Defendants.

---

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff Ian D. Browne-Collins, of New Rochelle, New York, who is appearing *pro se*,

brings this action under the Fair Credit Reporting Act seeking damages, costs, and injunctive

relief. He sues: (1) TD Bank USA, N.A. ("TD Bank"); (2) Experian Information Solutions, Inc.

("Experian"); and (3) TransUnion LLC ("TransUnion").

By order dated January 7, 2026, the court granted Plaintiff's request to proceed *in forma*

*pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on Defendants.

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the

Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717

F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the complaint on Defendants until the Court reviewed the complaint and ordered that summonses for Defendants be issued. The Court therefore extends the time to serve Defendants until 90 days after the date that summonses for Defendants are issued.

issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants TD Bank, Experian, and TransUnion through the USMS, the Clerk of Court is instructed to fill out USMS Process Receipt and Return forms ("USM-285 forms") for Defendants. The Clerk of Court is further instructed to issue summonses for Defendants TD Bank, Experian, and TransUnion and deliver to the USMS all the paperwork necessary for the USMS to effect service upon Defendants.

If the complaint is not served within 90 days after the date that the summonses for Defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if he fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to issue summonses for Defendants, complete USM-285 forms with the addresses of Defendants, and deliver all documents necessary to effect service of the summonses and the complaint on Defendants to the United States Marshals Service.

SO ORDERED.

Dated:    April 7, 2026
          White Plains, New York

_____
JESSICA G. L. CLARKE
United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.    TD Bank USA, N.A.
       4140 Church Road
       Mount Laurel, New Jersey 08054

2.    Experian Information Solutions, Inc.
       475 Anton Boulevard
       Costa Mesa, California 92626

3.    TransUnion LLC
       555 West Adams Street
       Chicago, Illinois 60661