UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IAN D. BROWNE-COLLINS,

                Plaintiff,

      -against-

TD BANK USA, N.A., et al.,

                Defendants.

25-CV-10848 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 8, 2026, Defendants Trans Union, LLC ("Trans Union") and Experian Information Solutions, Inc. ("Experian") filed a motion to dismiss the Complaint. ECF No. 15. Plaintiff's opposition was filed on May 12, 2026. ECF No. 16. Accordingly, the deadline for Defendants Trans Union and Experian to file a reply was May 19, 2026. Local Civil Rule 6.1(b). The Court has received no filing. Defendants Trans Union and Experian shall file their reply no later than **May 27, 2026**. The Court will consider their motion to dismiss fully briefed on that date.

Additionally, Defendant TD Bank USA , N.A. ("TD Bank") filed a waiver of personal service on the docket, signed May 19, 2026. ECF No. 19. Accordingly, Defendant TD Bank shall answer or otherwise respond to the Complaint by **July 18, 2026**.

Dated:  May 21, 2026
        White Plains, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge